AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOHN BROWNING, on behalf of himself and all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> TRACFONE WIRELESS, INC. d/b/a STRAIGHT TALK WIRELESS and WAL-MART STORES, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WAL-MART STORES, INC.
c/o CT CORPORATION SYSTEM (Registered Agent)
1200 South Pine Island Road
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Andrew Meyer, Esq.
Morgan and Morgan
Complex Litigation Group
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOHN BROWNING, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>TRACFONE WIRELESS, INC. d/b/a STRAIGHT TALK WIRELESS and WAL-MART STORES, INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TRACFONE WIRELESS, INC.
c/o CORPORATE CREATIONS NETWORK, INC. (Registered Agent)
11380 Prosperity Farms Road, #221E
Palm Beach Gardens, Florida 33410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Andrew Meyer, Esq.
Morgan and Morgan
Complex Litigation Group
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*