# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 13-22882-Civ-COOKE/TURNOFF**

| | |
|---|---|
| JOHN BROWNING, on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br><br>    v.<br><br>TRACFONE WIRELESS, INC. d/b/a STRAIGHT TALK WIRELESS, NET10 WIRELESS, SIMPLE MOBILE and TELCEL AMERICA and WAL-MART STORES, INC.,<br><br>                  Defendants. | **DECLARATION OF MICHAEL W. SOBOL IN SUPPORT OF MOTION TO INTERVENE AND TO DISMISS OR, IN THE ALTERNATIVE, TO STAY ACTION PURSUANT TO THE FIRST-FILED RULE** |

I, Michael W. Sobol, hereby declare:

1. I am a partner of the law firm Lieff, Cabraser, Heimann & Bernstein, LLP ("LCHB"), representing plaintiffs David Hansell, Edward Tooley, Christopher Valdez, Mona Gandhi, Marisha Johnston, Marhall Tietje, and Martin Blaqmoor, in pending putative class actions in the United States District Court, Northern District of California, which is located within the Ninth Circuit. I am a member in good standing of the State Bar of California. I have previously been admitted *pro hac vice* to appear in this Court and participate in a multi-district litigation involving several class actions entitled *In re: Checking Account Overdraft Litigation*, MDL No. 2036 (S.D. Fla.). I have personal knowledge of the statements contained in this Declaration and if called to testify, I could and would testify competently to them.

- 2 -

2. Attached as **Exhibit A** is a true and correct copy of the complaint filed on July 24, 2013 in a case entitled *Hansell et al. v. TracFone Wireless, Inc., et al.*, Case No. CV 13 3440, currently pending in the United States District Court for the Northern District of California (the "*Hansell* action").

3. Attached as **Exhibit B** is a true and correct copy of the Honorable Edward M. Chen's November 22, 2013 Order denying the Defendants Motion to Transfer the *Hansell* action to this District.

4. Attached as **Exhibit C** is a true and correct copy of the complaint filed on November 14, 2013 in a case entitled *Gandhi et al. v. TracFone Wireless, Inc.*, Case No. 13-cv-5296, currently pending in the United States District Court for the Northern District of California (the "*Gandhi* action").

5. Attached as **Exhibit D** is a true and correct copy of the complaint filed on November 14, 2013 in a case entitled *Blaqmoor v. TracFone Wireless, Inc.*, Case No. 13-cv-5295, currently pending in the in the United States District Court for the Northern District of California (the "*Blaqmoor* action").

6. Prior to the filing of the *Gandhi* and *Blaqmoor* actions, during August 2013, I informed counsel for Tracfone Wireless, Inc. that I represent consumers who would be filing an action against Tracfone for practices connected with Simple Mobile and Net 10. Those initial conversations pre-dated the motion to amend pleadings in this case that added allegations concerning those practices.

- 3 -

7. Attached as **Exhibit E** is a true and correct copy of Judge Chen's November 21, 2013 order relating the *Gandhi* and *Blaqmoor* actions to the *Hansell* action, and reassigning the *Gandhi* and *Blaqmoor* actions to himself.

8. Attached as **Exhibit F** is a true and correct copy of Defendant TracFone Wireless, Inc.'s Motion to Transfer, which was filed in the *Hansell* action on October 7, 2013.

9. Attached as **Exhibit G** is a true and correct copy of Defendant TracFone Wireless, Inc.'s Reply in Support of its Motion to Transfer, which was filed in the *Hansell* action on October 28, 2013.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was signed in San Francisco, California, on December 5, 2013.

/s/ Michael W. Sobol
Michael W. Sobol