UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 13-22882-Civ-COOKE/TURNOFF

| | |
|---|---|
| JOHN BROWNING, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>TRACFONE WIRELESS, INC. d/b/a STRAIGHT TALK WIRELESS, NET10 WIRELESS, SIMPLE MOBILE and TELCEL AMERICA and WAL-MART STORES, INC.,<br><br>      Defendants. | **PROPOSED INTERVENERS' REQUEST FOR ORAL ARGUMENT ON MOTION TO INTERVENE AND TO DISMISS OR, IN THE ALTERNATIVE, TO STAY ACTION PURSUANT TO THE FIRST-FILED RULE** |

  Pursuant to Local Rule 7.1(b), proposed intervenors David Hansell, Edward Tooley, Christopher Valdez, Mona Gandhi, Marisha Johnston, Marhall Tietje, and Martin Blaqmoor request oral argument on their Motion to Intervene and to Dismiss or, in the Alternative, to Stay Action Pursuant to the First-Filed Rule.  (DE # 34).  A hearing will assist the Court in evaluating the bases for granting the proposed intervenors' motion.  The estimated time required for argument is (1) one hour.

  The proposed intervenors respectfully request that oral argument on the motion be scheduled as soon as practicable after briefing is completed, taking into consideration the difficulties associated with travel during the holiday season.

Dated: December 6, 2013.

Respectfully submitted,

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Robert C. Gilbert, P.A.
2525 Ponce de Leon Blvd.
Suite 1150
Coral Gables, FL 33134
Telephone: (305) 442-8666

Michael W. Sobol
msobol@lchb.com
Nicole D. Reynolds
nreynolds@lchb.com
LIEFF CABRASER HEIMANN &
    BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  (415) 956-1000

(Motion for *Pro Hac Vice Admission* pending)

Daniel M. Hattis
dan@hattislaw.com
HATTIS LAW
1134 Crane Street, Suite 216
Menlo Park, CA 94025
Telephone:  (650) 980-1990

(Motion for *Pro Hac Vice Admission* pending)

Cornelius P. Dukelow
cdukelow@abingtonlaw.com
ABINGTON COLE
320 South Boston Avenue, Suite 1705
Tulsa, Oklahoma 74103
Telephone:  (918) 588-3400

(Motion for *Pro Hac Vice Admission* pending)

*Attorneys for Intervenors*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Robert C. Gilbert, P.A.
2525 Ponce de Leon Blvd.
Suite 1150
Coral Gables, FL 33134
Telephone: (305) 442-8666