UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-22882-CIV-COOKE/TURNOFF

JOHN BROWNING, on behalf of himself and )
all others similarly situated, )
)
*Plaintiffs*, )
)
v. )
)
TRACFONE WIRELESS, INC., *et al.*, )
)
*Defendants*. )
)

## NOTICE OF SETTLEMENT

Plaintiff by and through its undersigned and Defendants by and through its undersigned counsel hereby advise this Court that a settlement has been reached with respect to the claims raised in the Amended Class Action Complaint. The parties agreed that upon execution of a formal written Settlement Agreement that they will move for the entry of a Joint Order for Preliminary Approval: (a) certifying a settlement class; (b) establishing Plaintiffs' counsel as class counsel; and (c) setting forth time periods and deadlines for class notice, opt-outs and objections and requesting a proposed date for a Final Fairness Hearings.

Dated: December 20, 2013

| John Browning<br><br>By: _____<br>John Yanchunis (FBN 324681) | TracFone Wireless, Inc., and<br>Wal-Mart Stores, Inc.<br>By: _____ |
|---|---|
| Email: jyanchunis@forthepeople.com<br>J. Andrew Meyer (FBN 0056766)<br>Email: ameyer@forthepeople.com<br>Rachel Soffin (FBN 018054)<br>Email: rsoffin@forthepeople.com<br>Morgan & Morgan<br>201 North Franklin Street, 7th Floor<br>Tampa, Florida 33602 | Steven J. Brodie (FBN 333069)<br>Email: sbrodie@carltonfields.com<br>Aaron S. Weiss (FBN 48813)<br>Email: aweiss@carltonfields.com<br>Carlton Fields, P.A<br>100 Southeast Second Street, Suite No. 4200<br>Miami, Florida 33131<br>Telephone No. (305) 530-0050 |

28767258.1

| | |
|---|---|
| Telephone: (813) 223-5505<br>Facsimile: (813) 222-4787<br><br>*Attorneys for Plaintiff John Browning, individually and on behalf of those similarly situated* | Facsimile No.   (305) 530-0055<br><br>Joel S. Feldman (admitted *pro hac vice*)<br>jfeldman@sidley.com<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, Illinois  60603<br>Telephone No.  (312) 853-2030<br>Facsimile No.   (312) 853-7036<br><br>Ryan M. Sandrock (admitted *pro hac vice*)<br>rsandrock@sidley.com<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, California  94104<br>Telephone No.  (415) 772-1219<br>Facsimile No.   (415) 772-7400<br>*Attorneys for Defendants TracFone Wireless, Inc. and Wal-Mart Stores, Inc.* |