IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:13-cv-22882-COOKE/Turnoff

JOHN BROWNING, Individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

TRACFONE WIRELESS, INC., *et al.*

    Defendants.

_____/

## NOTICE OF FLING

Defendants, TracFone Wireless, Inc. and Wal-Mart Stores, Inc. (the "Defendants"), by and through undersigned counsel, hereby give notice of the filing of the Parties Stipulation and Proposed Order Regarding Temporary Stay of Proceedings attached hereto as Exhibit "A", in the matter of *David Hasell, Edward Tooley, and Christopher Valdez, individually and on behalf of all other similarly situated vs. Tracfone Wireless, Inc. d/b/a Straight Talk Wireless and Wal-Mart Stores, Inc., Case No. 13-cv-03440-EMC* [N.D. Cal.]; *Martin Blaqmoor vs. Tracfone Wireless, Inc., Case No. C 13-05295 KAW* [N.D. Cal.]; and, *Mona Gandhi vs. Tracfone Wireless, Inc., Case No. C 13-05296 EDL* [N.D. Cal.]. Pursuant to Paragraph 2(n), the parties to the Stipulation agreed that this Court should be made aware of the Stipulation.

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by

28929193.1

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: January 23, 2014                    By: /s/ *Steven J. Brodie*

                                                    Steven J. Brodie (FBN 333069)
Email: sbrodie@cfjblaw.com
Aaron S. Weiss (FBN 48813)
Email: aweiss@cfjblaw.com
Carlton Fields Jorden Burt, P.A
100 Southeast Second Street, Suite No. 4200
Miami, Florida 33131
Telephone No. (305) 530-0050
Facsimile No. (305) 530-0055

Joel S. Feldman (admitted pro hac vice)
jfeldman@sidley.com
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone No. (312) 853-2030
Facsimile No. (312) 853-7036

Ryan M. Sandrock (admitted pro hac vice)
rsandrock@sidley.com
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone No. (415) 772-1219
Facsimile No. (415) 772-7400

*Attorneys for Defendants TracFone Wireless, Inc. and Wal-Mart Stores, Inc.*

28929193.1

## Service List

### *Browning v. TracFone Wireless, Inc.*
### 1:13-cv-22882-COOKE/Turnoff

John Yanchunis
Email: jyanchunis@forthepeople.com
J. Andrew Meyer
Email: ameyer@forthepeople.com
Rachel Soffin
Email: rsoffin@forthepeople.com
Morgan & Morgan
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4787

*Attorneys for Plaintiff John Browning*

(Via CM/ECF)

28929193.1